UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC, | No. C 05-4380 MHP |
|     Plaintiff(s), | **ORDER**<br>**(Thirty-Day Conditional Dismissal)** |
|   v. | |
| DAVID BEST, | |
|     Defendant(s). | |

    The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this action.

        IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 30 days from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

Dated: September 6, 2006

MARILYN HALL PATEL
United States District Court Judge